IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IAN SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:24-cv-00066-FJG |
| | ) |
| MIDWEST RESPIRATORY CARE, INC. | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff Ian Smith ("Plaintiff") and Defendant Midwest Respiratory Care, Inc. ("Defendant"), by and through their respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby jointly stipulate to the dismissal of the above action, with prejudice, with each party to bear his/her/its respective fees and costs.

*Respectfully submitted,*

| **HOLMAN SCHIAVONE, LLC** | **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP** |
|---|---|
| By: /s/ Aiman A. Dvorak | By: /s/ John F. Doyle |
| Kirk D. Holman, MO Bar #50715 | John F. Doyle, MO Bar #66626 |
| Aiman A. Dvorak, MO Bar #69068 | 1201 Walnut St., Suite 2350 |
| 4600 Madison Avenue, Suite 810 | Kansas City, Missouri 64106 |
| Kansas City, Missouri 64112 | 816.472.6400 (Telephone) |
| 816.283.8738 (Telephone) | 816.472.6401 (Facsimile) |
| 816.283.8739 (Facsimile) | Email: jfdoyle@constangy.com |
| Email: kholman@hslawllc.com | |
| Email: advorak@hslawllc.com | **ATTORNEY FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |